# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRACTIONAL VILLAS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> TIA WALKER, an individual; LUXURY FRACTIONAL GETAWAYS, an unknown entity; and DOES 1-25, <br><br> Defendants. | Case Number: 08 CV 1743 JM (NLS) <br><br> Courtroom: 16 <br> Judge: Hon. Jeffrey T. Miller <br><br> **ORDER ON JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS TIA WALKER AND LUXURY FRACTIONAL GETAWAYS** <br><br> Doc. No. 25 |

Having considered the Joint Motion for Dismissal Without Prejudice As To Defendants TIA WALKER and LUXURY FRACTIONAL GETAWAYS, and good cause appearing, the motion is granted and the action against TIA WALKER and LUXURY FRACTIONAL GETAWAYS is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: September 24, 2009

Hon. Jeffrey T. Miller
United States District Judge